IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIV NO. 10-CV-00706-ACK-KSC |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROY S. ODANI, GAIL T. ODANI, UNIFUND CCR PARTNERS, LLC, GLA, INC.,, | ) ) ) | |
| | ) | |
| Defendant(s). | ) | |

_____

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 13, 2011 and September 14, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant the United States' Motion For Default Judgment Against All Defendants" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawai'i, October 14, 2011



_____
Alan C. Kay
Sr. United States District Judge

United States v. Odani, et al.; Civ. No. 10-00706 ACK-KSC; In the United States District Court for the District of Hawai`i; Order Adopting Magistrate Judge's Findings and Recommendation.